**Order entered January 7, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00111-CV

### ALEJANDRO CASILLAS PRIETO, Appellant

### V.

### RICHARD RENE ALAMIA, ET AL., RAFAEL DE LA GARZA, II & (FNU) DE LA GARZA, Appellees

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-02393-2016**

## ORDER

Before the Court is appellant's December 21, 2018 second pro se motion for leave to make documentation part of the appeal record. Appellant filed his first motion on November 26, 2018 with various correspondence attached explaining why he failed to serve one defendant at that defendant's proper address. By order dated November 28, 2018, the Court ruled as follows:

> The documents attached to appellant's motion are part of the appellate record to the extent they are attached to appellant's motion. To the extent appellant's motion was intended to supplement the clerk's record with the documents, the motion is **DENIED**.

Appellant states in the pending motion he does not understand "if the attached documents were or were not made part of the case/appeal record," asks for clarification, and resubmits the documents "in the event" they were not "ma[d]e part of the record."

We determine the motion as follows. To clarify, the documents are not part of the clerk's record. Although the documents are on file with the Court, they do not constitute part of the record that will be considered in determining this appeal. To the extent appellant resubmits the documents, we construe the motion as a request for reconsideration and **DENY** the motion.

/s/    ERIN A. NOWELL
JUSTICE